UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GOVERNMENT EMPLOYEES
INSURANCE CO., et al.,

      Plaintiffs,

v.                                                                Case No:  8:25-cv-01452-JLB-TGW

RICARDO RAMOS, D.C. AND
SUNRISE INJURY CENTER, LLC,

      Defendants.

_____/

## ORDER

This matter is before the Court on Government Employees Insurance Co.,

GEICO Indemnity Co., GEICO General Insurance Company, and GEICO Casualty

Co.'s (collectively, Plaintiffs') Unopposed Motion for Entry of Stipulated Final

Judgment Against Defendants Ricardo Ramos, D.C. and Sunrise Injury Center,

LLC. (Doc. 35).  For the reasons set forth therein, it is **ORDERED**:

(1) Plaintiffs' Unopposed Motion for Entry of Stipulated Final Judgment

    Against Defendants (Doc. 35) is **GRANTED**.

(2) The Clerk of Court is **DIRECTED** to enter judgment in favor of Plaintiffs

    and against Defendants, jointly and severally, in the amount of

    $500,000.00.

(3) The Clerk of Court is **DIRECTED** to deny any pending motions as moot,

    terminate any deadlines, and close the case.

ORDERED in Tampa, Florida, on March 13, 2026.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE